| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>Acting United States Attorney |
| 2 | |
| 3 | DAVID R. CALLAWAY (CABN 121782)<br>Chief, Criminal Division |
| 4 | AMIE D. ROONEY (CABN 215324)<br>MAIA T. PEREZ (MABN 672328) |
| 5 | Assistant United States Attorneys |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5061<br>FAX: (408) 535-5066 |
| 8 | Amie.Rooney@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-14-0318-LHK |
| | ) | |
| Plaintiff, | ) | JOINT STIPULATION AND [PROPOSED] ORDER |
| | ) | TO CONVERT PRETRIAL CONFERENCE |
| v. | ) | HEARING ON MARCH 23, 2016, TO A CHANGE |
| | ) | OF PLEA HEARING AND VACATE PRETRIAL |
| SKYLAR PHOENIX, | ) | BRIEFING SCHEDULE |
| LISSA PHOENIX, and | ) | |
| DANA WILKEY, | ) | |
| | ) | |
| Defendants. | ) | |

On January 22, 2016, this Court issued an Order resetting the pretrial conference hearing in this case for March 23, 2016, and adjusting the pretrial filing deadlines accordingly. The trial in this matter is presently set to commence on April 18, 2016.

On March 8, 2016, the defendants, through their counsel, Erik Babcock, Robert Carlin, and Leland Altschuler, and the United States of America, through its counsel, Assistant United States Attorneys Amie Rooney and Maia Perez, reached an agreed upon disposition whereby the defendants will each enter a guilty plea pursuant to individual plea agreements with the United States Attorney's Office. Therefore, the parties jointly and respectfully request that the pretrial conference hearing set for

STIPULATION AND [PROPOSED] ORDER TO CONVERT PRETRIAL CONF. HRG. TO CHANGE OF PLEA HRG.
CR14-0318 LHK

1  March 23, 2016, be converted to a change of plea hearing as to all three defendants and that the pretrial
2  briefing schedule be vacated.

4  Date:   March 9, 2016                                              __/s/_____
5                                                                                     AMIE D. ROONEY
                                                                                       MAIA T. PEREZ
6                                                                                     Assistant United States Attorneys

7  Date:   March 9, 2016                                              __/s/_____
8                                                                                     ERIK BABCOCK
                                                                                       Attorney for SKYLAR PHOENIX

11 Date:   March 9, 2016                                              __/s/_____
                                                                                       ROBERT CARLIN
12                                                                                    Attorney for LISSA PHOENIX

14 Date:   March 9, 2016                                              __/s/_____
                                                                                       LELAND ALTSCHULER
                                                                                       Attorney for DANA WILKEY

STIPULATION AND [PROPOSED] ORDER TO CONVERT PRETRIAL CONF. HRG. TO CHANGE OF PLEA HRG.
CR14-0318 LHK

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the COURT HEREBY ORDERS that the pretrial conference hearing scheduled for March 23, 2016, be converted to a change of plea hearing as to the three defendants, with the trial filing deadlines vacated.

DATED: _____

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE