1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  AMIE D. ROONEY (CABN 215324)
   MAIA T. PEREZ (MABN 672328)
5  Assistant United States Attorneys

6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
7      Telephone: (408) 535-5061
       FAX: (408) 535-5066
8      Amie.Rooney@usdoj.gov

9  Attorneys for United States of America

10
                           UNITED STATES DISTRICT COURT
11
                          NORTHERN DISTRICT OF CALIFORNIA
12
                                    SAN JOSE DIVISION
13

14  UNITED STATES OF AMERICA,           )   CASE NO. CR-14-0318-LHK
                                        )
15         Plaintiff,                   )   JOINT STIPULATION AND [PROPOSED] ORDER
                                        )   TO CONVERT PRETRIAL CONFERENCE
16     v.                               )   HEARING ON MARCH 23, 2016, TO A CHANGE
                                        )   OF PLEA HEARING AND VACATE PRETRIAL
17  SKYLAR PHOENIX,                     )   BRIEFING SCHEDULE
    LISSA PHOENIX, and                  )
18  DANA WILKEY,                        )
                                        )
19         Defendants.                  )
                                        )
20

21         On January 22, 2016, this Court issued an Order resetting the pretrial conference hearing in this

22  case for March 23, 2016, and adjusting the pretrial filing deadlines accordingly.  The trial in this matter

23  is presently set to commence on April 18, 2016.

24         On March 8, 2016, the defendants, through their counsel, Erik Babcock, Robert Carlin, and

25  Leland Altschuler, and the United States of America, through its counsel, Assistant United States

26  Attorneys Amie Rooney and Maia Perez, reached an agreed upon disposition whereby the defendants

27  will each enter a guilty plea pursuant to individual plea agreements with the United States Attorney's

28  Office.  Therefore, the parties jointly and respectfully request that the pretrial conference hearing set for

    STIPULATION AND [PROPOSED] ORDER TO CONVERT PRETRIAL CONF. HRG. TO CHANGE OF PLEA HRG.
    CR14-0318 LHK

1 March 23, 2016, be converted to a change of plea hearing as to all three defendants and that the pretrial
2 briefing schedule be vacated.

4 Date:   March 9, 2016                                         __/s/_____
                                                                                AMIE D. ROONEY
5                                                                               MAIA T. PEREZ
                                                                                Assistant United States Attorneys
6

7 Date:   March 9, 2016                                         __/s/_____
                                                                                ERIK BABCOCK
8                                                                               Attorney for SKYLAR PHOENIX

11 Date:   March 9, 2016                                        __/s/_____
                                                                                ROBERT CARLIN
12                                                                              Attorney for LISSA PHOENIX

14 Date:   March 9, 2016                                        __/s/_____
                                                                                LELAND ALTSCHULER
                                                                                Attorney for DANA WILKEY

STIPULATION AND [PROPOSED] ORDER TO CONVERT PRETRIAL CONF. HRG. TO CHANGE OF PLEA HRG.
CR14-0318 LHK

**ORDER**

~~Based upon the stipulation of the parties, and for good cause shown, the COURT HEREBY ORDERS that the pretrial conference hearing scheduled for March 23, 2016, be converted to a change of plea hearing as to the three defendants, with the trial filing deadlines vacated.~~

The parties' requests to convert the Pretrial Conference and to vacate the pretrial filing deadlines are DENIED. The case schedule remains as previously set.

Dated: 3/9/2016

*Lucy H. Koh*

HONORABLE LUCY H. KOH
District Court Judge

STIPULATION AND [PROPOSED] ORDER TO CONVERT PRETRIAL CONF. HRG. TO CHANGE OF PLEA HRG.
CR14-0318 LHK