UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
COURTROOM NO. 7-4th FLOOR

CRIMINAL MINUTES
## UNITED STATES OF AMERICA v. DANA ANN WILKEY
5:14-CR-00318-LHK-003

**Court Proceedings:** Change of Plea Hearing, Tuesday, March 15, 2016
**Time in Court**: 2:04-2:20 p.m. (16 minutes)

**Courtroom Deputy Clerk:** Stacy Sakamoto
**Court Reporter:** Lee-Anne Shortridge
**Interpreter:** None requested

**Representing the United States of America:** Attorney Maia Perez
**Representing Defendant:** Attorney Leland Altschuler on behalf of Dana Ann Wilkey

Defendant was present and out of custody. A hearing was held.

Defendant waived formal reading, advisement of rights, and formal arraignment as the Superseding Information (ECF No. 112).

Defendant was sworn in by the Courtroom Deputy. A Plea Agreement was **EXECUTED** in open Court and the Court **ORDERED** it filed. Defendant **ENTERED** a **GUILTY** plea as to Count One of the Superseding Information.

The Court **REFERRED** Defendant to the United States Probation Office for preparation of a Presentence Investigation Report.

The Court **VACATED** the March 16, 2016 and March 23, 2016 pretrial filing deadlines as to this Defendant only. The Court also **VACATED** the April 6, 2016 Pretrial Conference and the 12-day jury trial scheduled for Monday, April 18, 2016 as to this Defendant only.

**Sentencing is SET for Wednesday, September 14, 2016 at 9:45 a.m.**

Court adjourned.